UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JUSTIN R. BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:21-cv-00307-CLC-CHS |
| ) | |
| WACKER POLYSILICON NORTH ) | JURY DEMAND |
| AMERICA LLC, ) | |
| ) | |
| Defendant. ) | |

### Notice of Voluntary Dismissal Without Prejudice

Plaintiff Justin R. Bailey, by and through and though counsel, pursuant to Rule 41(a)(1)(A)(i) of the *Federal Rules of Civil Procedure*, hereby gives notice of the voluntary dismissal of his Complaint *without prejudice*.

Respectfully submitted

Patrick, Beard, Schulman & Jacoway, P.C.
By: /s/Robert W. Wheeler
    Richard A. Schulman, #0990
    Eric J. Oliver, #017509
    Robert W. Wheeler, #034485
    Suite 300, Market Court
    537 Market Street
    Chattanooga, Tennessee 37402
    Telephone: (423) 756-7117
    Facsimile: (423) 267-5032
    rschulman@pbsjlaw.com
    eoliver@pbsjlaw.com
    rwheeler@pbsjlaw.com

*Attorneys for Plaintiff*

1

Case 1:21-cv-00307-DCLC-CHS   Document 10   Filed 01/26/22   Page 1 of 2   PageID #: 49

## Certificate of Service

I certify that a copy of the foregoing was served on Defendant's counsel of record via the Court's electronic filing system this 26th day of January 2022.

By: /s/Robert W. Wheeler